WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
DAMIEN LEE, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Damien.Lee@EEOC.gov
Tel:  (206) 220-6915
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CABLES, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV-07-099-FVS<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, pregnancy, and

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile: (206) 220-6911
TDD:  (206) 220-6882

to provide appropriate relief to Anna Komarov ("Ms. Komarov") who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Cables, Inc. discriminated against Ms. Komarov when it terminated her because of her pregnancy. Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Komarov.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington at Spokane.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Cables, Inc. has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, defendant Cables, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

COMPLAINT- Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ms. Komarov filed a charge with the Commission alleging violations of Title VII by defendant Cables, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Starting in or about January 2006, defendant Cables, Inc. engaged in unlawful employment practices at its Spokane, Washington facility in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). The practices include holding Ms. Komarov to higher attendance and conduct standards, and then terminating her on the basis of her pregnancy.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Komarov of equal employment opportunities.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Komarov's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

**COMPLAINT-** Page 3 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

C. Order defendant to make whole Ms. Komarov by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order defendant to make whole Ms. Komarov by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order defendant to make whole Ms. Komarov by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order defendant to pay Ms. Komarov punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

/ / /

/ / /

COMPLAINT- Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this __29th__ day of _March_, 2007.

| | |
|---|---|
| William Tamayo | Ronald S. Cooper |
| Regional Attorney | General Counsel |
| San Francisco District | |
| 350 The Embarcadero, Suite 500 | James L. Lee |
| San Francisco, California 94105-1260 | Deputy General Counsel |
| | |
| Kathryn Olson | Gwendolyn L. Reams |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| Damien A. Lee | |
| Senior Trial Attorney | |

BY: _/s/William. Tamayo_
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle Field Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Damien.Lee@EEOC.gov | |
| Telephone (206) 220-6915 | |
| Fax: (206) 220-6911 | |
| Damien.Lee@eeoc.gov | |

Attorneys for Plaintiff EEOC

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882