IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>CABLES INC.,<br><br>Defendant. | CIVIL ACTION NO. CV-07-099-FVS<br><br>ORDER OF DISMISSAL AND ENTRY OF CONSENT DECREE |

ORDER

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree is approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorney fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

SO ORDERED this 21st day of December, 2007.

s/ Fred Van Sickle
_____
THE HONORABLE FRED L. VAN SICKLE
United States District Court Judge